[No. 479-3.   Division Three.   May 16, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM MERRIFIELD, *Appellant.*

[No. 591-2.   Division Two.   May 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD ISAAC UMBARGER, *Appellant.*

[No. 306-2.   Division Two.   May 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH MELLO, *Appellant.*

[No. 879-1.   Division One—Panel 2.   May 30, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS THOMAS, *Appellant.*

[No. 1032-1.   Division One—Panel 2.   May 30, 1972.]

JEROME R. WICKLUND *et al., Respondents,* v. PETROLANE NORTHWEST SUPPLY CO., *Appellant.*

1020

[No. 1231-1.   Division One—Panel 1.   May 30, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
BONBRIGHT, *Appellant.*

[No. 976-1.   Division One—Panel 1.   May 30, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
THOMAS McKNIGHT *et al., Appellants.*

[No. 409-3.   Division Three.   June 1, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY
DIMMER, *Appellant.*

[No. 431-3.   Division Three.   June 1, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY
DIMMER, *Appellant.*